IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JAMES A. THOMAS, | § | |
| | § | No. 256, 2015 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below—Superior Court |
| v. | § | of the State of Delaware, |
| | § | in and for Kent County, |
| STATE OF DELAWARE, | § | Cr. ID No. 93K01153DI |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: June 3, 2015
Decided: June 5, 2015

## ORDER

This 5th day of June 2015, it appears to the Court that, on May 21, 2015, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal within thirty days of the docketing of the Superior Court's February 5, 2015 order denying his second motion for postconviction relief. Because the appellant has failed to respond to the notice to show cause within the required ten-day period, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the within appeal is DISMISSED.

BY THE COURT:

/s/ Karen L. Valihura
Justice